STATE OF ALABAMA §

COUNTY OF PICKENS §

### AFFIDAVIT OF MARION BALL

MARION BALL, having been duly sworn upon oath, states as follows:

My name is MARION BALL. I am over the age of 19 and am a resident of PICKENS County, Alabama. I am the Debtor in bankruptcy case number  10-70327  . I am currently drawing a monthly check from Social Security in the net amount of approximately $440.00. I am also drawing a monthly check from the Veteran's Administration in the net amount of $2675.00 . This affidavit is given for the purpose of satisfying the statutory requirement that I provide evidence of income to the Court. Further affiant sayeth not.

_Marion Ball_
Marion Ball

STATE OF ALABAMA §

COUNTY OF TUSCALOOSA §

I, Donald Dionne, a notary public in and for the State of Alabama, hereby certify that the foregoing Affidavit of Marion Ball was given by the affiant and he signed the same in my presence at the time and place herein mentioned; that I have personal knowledge of the personal identity of the affiant, or had proof made before me of the identity of the affiant; and that he executed the same voluntarily on this  12th  day of  Feby , 2010.

Given under my hand and official seal this  12th  day of  Feby , 2010.

_Donald L. Dionne_
Donald L. Dionne Notary Public

My commission expires on: 6/1/2013