# Chapter 13 Plan Summary

Debtor: __Marion Ball__   SSN: __9378__   Net Monthly Earnings: __$395.00__
Joint: XXXXXXXXXX   SSN: __XXXX__   Number of Dependents: __1__

I. Plan Payments:
  __X__   Debtor(s) propose to pay direct a total of __$395.00__  ☐ Weekly ☐ Biweekly ☐ Semi-Monthly ■ Monthly into the plan; or
  ____   Payroll deduction Order To__ For __$0.00__ ☐ Weekly ☐ Biweekly ☐ Semi-Monthly ☐ Monthly/

Length of plan is approximately __60__ months, and the total to be paid into the plan is approximately __$23,700.00__.

II.  From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

  A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See §1322(a)(2)]
  The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| Alabama DOR | Taxes | $464.00 | $8.29 |
|  |  |  |  |

  B. Total ATTORNEY FEE: $ __2,750.00__ . $ __150.00__ paid pre-petition;  $ __800.00__ to be paid upon confirmation and __$78.00__ per month.

  C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

  1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid by: | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| None |  | Debtor 0.00 Trustee $0.00 |  | $0.00 | 0 | 0% | $00.00 |

  2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Number of months | Fixed Payments to Begin |
|---|---|---|---|---|---|---|---|---|---|
| Dunn's Wholesale Auto - 910 vehicle, no MTV | $28.00 | $14,416.00 | $5,650.00 | $8,766.00 | 00 Ford Expedition | 4.25% | $284.25 | 56 | N/A |

III.  Other debts (not shown in 1. or 2. above) which Debtor(s) propose to pay direct:

| Name of Secured Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None |  |  |  |  |
|  |  |  |  |  |

IV.  Special Provisions. Explanation:
  ■ This is an original plan.   ☐ This is an amended plan replacing plan dated ____.   ■ This plan proposes to pay unsecured creditors $2,500.00* .
  ☐ Debtor assumes/rejects (circle one) lease and/or executory contract with ____.   ■ Other provisions. 1. If Debtors(s) has/have a Mortgage(s) Debtor(s) reserve(s) the right to amend this plan to add post-petition mortgage arrearage; 2. On any claim not listed on the Plan Summary, other than an arrearage claim for post-1994 mortgage, that if later determined to be secured claim, the Debtor(s) propose(s) that interest at the annual percentage rate of 4.25% be paid on the secured portion of said claim and that said claim will receive a fixed payment based on an amortization over the length of the plan; 3. Debtor(s) propose(s) to remit to the Standing Chapter 13 Trustee all non-exempt proceeds from any lawsuit or cause of action; 4. Debtor(s) propose(s) no adequate protection payment on any over-secured claim or to any claimant who fails to file an allowed secured claim or to any claimant that fails to file an allowed secured claim prior to confirmation of this or any amended plan. On all claims entitled to receive an adequate protection payment, said payment shall be remitted monthly until such time as this plan of reorganization has been confirmed; 5. Debtor(s) will continue to pay pre-petition and post-petition utility service debt (specifically including Alabama Power Electric Service Debt) in the ordinary course of business in lieu of posting a deposit as adequate assurance of future utility payment under Bankr Code Sec. 366. Debtor(s) acknowledge(s) that the automatic stay does not bar the efforts of any utility company (specifically Alabama Power) to collect pre-petition and post-petition utility service debt;  6. Debtor proposes a pot of $2,500.00 to unsecured creditors based upon disposable income, not liquidation.*

Attorney for Debtor                          Dated: __March 1, 2010__                            /S/ __Marion Ball__
Donald L. Dionne                                                                                  Marion Ball
Dionne & Dionne
9217 Old Greensboro Rd                Dated: __March 1, 2010__                            /S/ ____
Tuscaloosa, Alabama 35405
(205) 349-5911

**CERTIFICATE OF SERVICE**

  I certify that on March 1, 2010, I have caused a copy of the forgoing to be served upon the individuals or entities listed below by placing a copy of the same in the United States Mail, first-class postage prepaid, and properly addressed or by electronic mail where available:

All parties on the mailing list from the Clerk's CM/ECF system

                /S/ Donald L. Dionne
                Of Counsel